WINWARD LAW, PLLC
LaMAR J WINWARD – A3528
132 West Tabernacle, Bldg. B
St. George, Utah  84770
Telephone:  (435) 628-1191
Fax:     (435) 628-5341
E-mail: lamarjwinward@gmail.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL VINCENT REGNO JR., Defendant. | Case No.: 4:19-CR-00077  **MOTION TO SET CHANGE OF PLEA HEARING**  Judge Paul Kohler |
|---|---|

COMES NOW the Defendant, Michael Vincent Regno, Jr., by and through his attorney, LaMar J Winward, who hereby moves the Court to set the above named case for a change of plea hearing.  This motion is the formal request for the Court to set a change of plea hearing at the convenience of the Court. The plea documents have been drafted and reviewed by the Defendant. It is anticipated that the Defendant will be pleading in this case.

DATED this 13th day of April, 2020.

/s/ LaMar J Winward
LaMar J Winward
Attorney for Defendant

**DELIVERY CERTIFICATE**

This is to certify that on April 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to: Victoria K. McFarland at Victoria.McFarland@usdoj.gov.

/s/Dawn Judd, Legal Assistant